RECEIVED
IN ALEXANDRIA, LA.
JUN 16 2009
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| ROLAND RANKER | CIVIL ACTION NO. 1:09-cv-00038 |
| -vs- | JUDGE DRELL |
| CORRECTIONS CORP. OF AMERICA, et al. | MAGISTRATE JUDGE KIRK |

## RULING AND ORDER ON APPEAL

Before the Court is the appeal by Roland Ranker (Document No. 8) from the Order of Magistrate Judge James D. Kirk denying Ranker's attempted amendment of his Complaint (Document No. 7). To facilitate disposition of this case, IT IS ORDERED that the amendment (Document No. 6) is allowed. The undersigned will now conduct a de novo review of the Report and Recommendation.

SIGNED on this 16 day of June, 2009, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE